UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                               :
A.H., et al.,                                  :
                           Plaintiffs,         :
                                               :          22 Civ. 9861 (LGS)
             -against-                         :
                                               :          ORDER
NEW YORK CITY DEPARTMENT OF                    :
EDUCATION,                                     :
                           Defendant.          :
                                               :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that the status conference scheduled for December 16, 2022, is

adjourned to **December 20, 2022**, at **10:30 a.m.**  The parties shall file a joint status letter by

**December 16, 2022**, stating their respective positions on whether it is necessary to continue the

preliminary injunction beyond December 31, 2022.

Dated:  December 12, 2022
        New York, New York

                                       **LORNA G. SCHOFIELD**
                                     **UNITED STATES DISTRICT JUDGE**