UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
A.H., by and through his mother and next
friends, AH., and J.H., individually,

                    Plaintiffs,

       -against-                        Case No. 22-cv-9861 (LGS)

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                   Defendant.

--------------------------------------------------------x

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A
PRELIMINARY INJUNCTION**

THIS MATTER comes before the Court on Plaintiffs' motion for a ~~temporary restraining~~ preliminary injunction.   The Court finds that Plaintiffs have met the requirements for a mandatory injunction for the reasons stated on the record at the hearing held on April 7, 2023. Accordingly, the Court GRANTS Plaintiffs' motion as follows:

Upon finding that Plaintiffs have carried their burden of showing (a) ~~the possibility of~~ a strong showing of irreparable harm, (b) ~~a likelihood~~ a clear or substantial likelihood of success on the merits and (c) that an injunction is in the public interest, this Preliminary Injunction is granted pursuant to Federal Rule of Civil Procedure 65, 20 U.S.C. § 1415(i)(2)(C)(iii), and the inherent equitable powers of the Court.

**ORDERED** that The Defendant New York City Department of Education shall fund the placement at J. Flowers from April 10, 2023 through April 30, 2023 at the rate of $5,316.67/day with advance payment in total of $111,650.07 made as of ~~April 10, 2023~~ April 11, 2023;

**ORDERED** that the requirement under Rule 65(c) that a bond be posted is waived.

**ORDERED** that a status conference will be held April 20, 2023 at 11 a.m. to determine

whether it is necessary to continue the preliminary injunction beyond April 30, 2023. The status conference will be held by telephone on the conference line at 888-363-4749 using access code 558-3333.

So Ordered.

Dated: April 7, 2023
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE