```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  A.H. et al.,                                              :
                                        Plaintiffs,         :
                    -against-                               :        22 Civ. 9861 (LGS)
                                                            :
NEW YORK CITY DEPARTMENT OF                                 :        ORDER
EDUCATION,                                                  :
                                        Defendant.          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the April 7, 2023, Order scheduled a telephonic status conference on April 20, 2023, at 11 A.M. to determine whether it is necessary to extend the preliminary injunction beyond April 30, 2023. It is hereby

**ORDERED** that the telephonic status conference is adjourned to **April 20, 2023, at 12:30 P.M.** The parties shall dial the conference line at 888-363-4749 and enter the access code 558-3333.

Dated: April 19, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**