```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
A.H. et al.,                                                 :
                                    Plaintiffs,              :
                                                             :    22 Civ. 9861 (LGS)
                -against-                                    :
                                                             :         ORDER
NEW YORK CITY DEPARTMENT OF                                  :
EDUCATION,                                                   :
                                    Defendant.               :
                                                             X
-------------------------------------------------------------
```

**ORDER EXTENDING PRELIMINARY INJUNTION**

THIS MATTER comes before the Court on Plaintiffs' motion to extend the preliminary injunction issued April 7, 2023.  The Court finds that Plaintiffs have met the requirements for an extension of the injunction for the reasons stated on the record at the hearing held on April 7, 2023. Accordingly, the Court GRANTS Plaintiffs' motion for extension as follows:

Upon finding that Plaintiffs have carried their burden of (a) making a strong showing of irreparable harm, (b) showing a clear or substantial likelihood of success on the merits and (c) establishing that an injunction is in the public interest, this Preliminary Injunction is extended pursuant to Federal Rule of Civil Procedure 65, 20 U.S.C. § 1415(i)(2)(C)(iii), and the inherent equitable powers of the Court. It is hereby

**ORDERED** that Defendant New York City Department of Education ("DOE") shall continue to fund A.H.'s placement at J. Flowers through May 31, 2023, at the rate of $5,316.67 per day, except that if A.H. obtains a placement at Innercept, DOE shall fund such placement through May 31, 2023.  It is further

**ORDERED** that Plaintiffs shall submit a letter to the Court confirming any acceptance of A.H. 's at Innercept and the date of his enrollment. It is further

**ORDERED** that the Parties shall submit a joint status letter to the Court by **May 19,**

**2023,** to discuss whether the preliminary injunction should be continued.

Dated: April 20, 2023
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE