```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
A.H. et al.,                                                  :
                                        Plaintiffs,           :
                                                              :           22 Civ. 9861 (LGS)
                -against-                                     :
                                                              :                 ORDER
NEW YORK CITY DEPARTMENT OF                                   :
EDUCATION,                                                    :
                                        Defendant.            :
                                                              X
-------------------------------------------------------------
```

## ORDER AMENDING PRELIMINARY INJUNTION

THIS MATTER comes before the Court on Plaintiffs' request for an Order directing Defendant New York City Department of Education ("DOE") to fund A.H.'s travel to and enrollment at Foundation House in Portland, Maine. Defendant does not dispute an amended Order funding A.H.'s temporary placement at Foundation House or his escorted travel. It is hereby

**ORDERED** that Defendant New York City Department of Education ("DOE") shall fund A.H.'s placement at Foundation House pending DOE's review of documentation pertaining to Foundation House's program and academic information, proposed class and therapy schedule, schedule of costs and tuition. It is further

**ORDERED** that Defendant shall fund the $9,840.00 in costs associated with A.H.'s escorted travel from Texas to Maine. It is further

**ORDERED** that by **June 2, 2023**, Plaintiffs shall provide DOE with information relating to Foundation House's program and academic information, proposed class and therapy schedule, schedule of costs and the contract or tuition affidavit. Within one week of A.H.'s arrival at Foundation House, Plaintiff shall also provide DOE with receipts of all escorted travel costs. It is further

**ORDERED** that by **June 2, 2023**, Plaintiffs shall submit a letter to the Court confirming the date of A.H.'s enrollment at Foundation House. It is further

**ORDERED** that the Parties shall submit a joint status letter to the Court by **June 22, 2023,** to discuss whether the present Order should be continued.

Dated: May 31, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE