UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X
                                        :

A.H. et al.,                    :

                   Plaintiffs,  :             22 Civ. 9861 (LGS)

                                          :

               -against-          :                ORDER

                                          :

NEW YORK CITY DEPARTMENT OF    :
EDUCATION,

                    Defendant.  :
                                          X

-------------------------------------------------------------

## ORDER EXTENDING PRELIMINARY INJUNTION

       THIS MATTER comes before the Court on Plaintiffs' request to extend the May 31, 2023, Order directing Defendant New York City Department of Education ("DOE") to fund A.H.'s travel to and enrollment at Foundation House in Portland, Maine.  Defendant does not dispute funding A.H.'s temporary placement at Foundation House or reimbursing his escorted travel.  It is hereby

       **ORDERED** that Defendant shall continue to fund A.H.'s placement at Foundation House pending DOE's review of the placement and its student-specific plan.  It is further

       **ORDERED** that Plaintiffs shall provide DOE with a credit card bill documenting the costs of A.H.'s escorted travel from Texas to Maine by **July 12, 2023**.  Defendant shall process a reimbursement of those costs by **July 21, 2023**.  It is further

       **ORDERED** that the Parties shall submit a joint status letter to the Court by **July 28, 2023,** addressing whether the present Order should be continued.

Dated: June 23, 2023
       New York, New York

<br>

                                           LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE