UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    A.H. et al.,

                              Plaintiffs,

              -against-

    NEW YORK CITY DEPARTMENT OF
    EDUCATION,

                              Defendant.
------------------------------------------------------------X

22 Civ. 9861 (LGS)

<u>ORDER</u>

**ORDER EXTENDING PRELIMINARY INJUNCTION**

THIS MATTER comes before the Court on Plaintiffs' request to extend the May 31, 2023, Order directing Defendant New York City Department of Education ("DOE") to fund A.H.'s enrollment at Foundation House in Portland, Maine. Defendant does not dispute funding A.H.'s temporary placement at Foundation House pending departmental review of the program. It is hereby

**ORDERED** that Defendant shall continue to fund A.H.'s placement at Foundation House pending DOE's review of the placement and its student-specific plan. It is further

**ORDERED** that the Parties shall submit a joint status letter to the Court by **September 29, 2023,** addressing whether the present Order should be continued.

Dated: August 29, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE