UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
A.H. et al.,
                              Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
                              Defendant.
------------------------------------------------------------X

22 Civ. 9861 (LGS)

ORDER

**ORDER EXTENDING PRELIMINARY INJUNTION**

THIS MATTER comes before the Court on Plaintiffs' request to extend the May 31, 2023, Order directing Defendant New York City Department of Education ("DOE") to fund A.H.'s enrollment at Foundation House in Portland, Maine. Defendant does not dispute funding A.H.'s temporary placement at Foundation House pending departmental review of the program. It is hereby

**ORDERED** that Defendant shall continue to fund A.H.'s placement at Foundation House pending DOE's review of the placement and its student-specific plan. It is further

**ORDERED** that the Parties shall submit a joint status letter to the Court by **February 2, 2024,** addressing whether the present Order should be continued.

Dated: January 4, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE